No. —, Original. UNITED STATES v. EDWIN L. GARVIN, JUDGE, DISTRICT COURT OF THE UNITED STATES FOR THE EASTERN DISTRICT OF NEW YORK. Submitted June 11, 1923. Decided October 8, 1923. Motion for leave to file petition for a writ of prohibition or mandamus herein

denied. *Mr. Alfred A. Wheat,* Special Assistant to the Attorney General, for petitioner.